UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: EDCV 10-542-JHN (MAN)                                    Date: July 7, 2010

Title:   Johnell Lynn Pool v. John F. Salazar, Warden
================================================================================
DOCKET ENTRY:   Order to Show Cause; Response by Respondent Required
================================================================================
PRESENT:

             Hon. Margaret A. Nagle   , United States Magistrate Judge

             Earlene Carson                N/A
             Deputy Clerk                  Court Reporter/Tape No.

  ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENTS:

     N/A                                        N/A

**PROCEEDINGS (In Chambers):**

On April 14, 2010, Petitioner filed a habeas petition pursuant to 28 U.S.C. § 2254 ("Petition"). On April 15, 2010, the Court issued its "Order Requiring Response To Petition For Writ Of Habeas Corpus" (April 15 Order"), which required that Respondent file and serve response to the Petition within 75 days. The Clerk has confirmed that both the April 15 Order and the Petition were served on counsel for Respondent, electronically, on April 15, 2010.

The June 29, 2010 deadline for Respondent's response to the Petition has passed. Respondent has neither responded to the Petition nor filed a request for an extension of time to do so.

Accordingly, Respondent is ORDERED TO SHOW CAUSE regarding his failure to comply with the April 15 Order and to respond to the Petition. **By no later than July 23, 2010**, Respondent shall filed a response to this Order to Show Cause, explaining why he has failed to comply with the April 15 Order. Alternatively, Respondent may discharge his obligation by filing and serving a response to the Petition by the July 23, 2010 deadline.

IT IS SO ORDERED.