**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNELL LYNN POOL, | ) NO. EDCV 10-00542-JHN (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN F. SALAZAR, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 6, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE